### 27687.  HIGGINS *v.* THE STATE.

GUERRY, J.  The court did not err in overruling the demurrer to the indictment.  The evidence amply supported the verdict.  The motion for new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 13, 1939.

*Joe M. Lang,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.